## CAIRNS v. CAIRNS.

(Decided June 12, 1913.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

JOHN W. ATLMAN, and SPEER WHITTAKER, for appellant. HARSH, BEDDOW & FITTS, for appellee.

Per curiam. Appeal dismissed.

---

## CENTRAL OF GEORGIA RAILWAY CO. v. HENDERSON.

(Decided June 12. 1913.)

APPEAL from Montgomery City Court.

Heard before Hon. W. H. THOMAS.

STEINER, CRUM & WEIL, for appellant. HILL, HILL, WHITING & STERN, for appellee.

Per curiam. Appeal dismissed.

---

## CLISBY, ET AL. v. CLISBY, ET AL.

(Decided November 25, 1913.

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

STALLINGS & DRENNEN, for appellant. Z. T. RUDOLPH, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## DAVENPORT v. PEOPLES HOME TEL. CO.

(Decided November 25, 1913.

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

THOMPSON & THOMPSON, and F. E. BLACKBURN, for appellant. J. T. STOKELY and M. M. ULLMAN, for appellee.

Per curiam. Appeal dismissed on motion of appellant.